IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| ADAM DAUGHERITY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:18-cv-05025-MDH ) |
| SARA McCULLY, CHRISTOPHER RACKLEY, CAPTAIN PAT JENKINS, CITY OF AURORA, MISSOURI, and PAMELA POWELL, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

Counsel for all parties are ordered to confer regarding the need for a new Proposed Joint Scheduling Order. If needed, the joint plan shall be submitted to the Court on or before May 31, 2019, which shall include an estimated date when counsel believe this case will be ready for jury trial and the number of days needed for trial. If the parties are unable to agree on a joint proposal, each shall submit their preferred Order. Defendant Powell shall file Defendant's Certificate of Service of Initial Rule 26 Disclosures with the Court on or before May 31, 2019.

**IT IS SO ORDERED.**

DATED: May 9, 2019

                                                 */s/ Douglas Harpool*
                                                 **DOUGLAS HARPOOL**
                                                 **UNITED STATES DISTRICT JUDGE**